No. 92–7343. WAYNE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7353. CANAS-PENA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7356. ROBINSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7357. RODRIGUEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–7359. LAUDERDALE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7364. LUCAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–7370. BEDELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–7371. BERTRAM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7372. BRODENE *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 92–7374. COBB *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7382. FUENTES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–7384. HARDEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7386. HILL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7387. HARRIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–7388. JESSUP *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–7391. GONZALEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.